SCAP-14-0001327

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RAMONA HUSSEY, M. KA'IMILA NICHOLSON, NATALIA ANTONIA
HUSSEY-BURDICK, BRENT S. DUPIS, MARVIN D. HESKETT,
and JOEL L. MERCHANT,
Respondents/Petitioners-Appellants,

vs.

CALVIN K.Y. SAY,
Respondent/Respondent-Appellee,

and

HOUSE OF REPRESENTATIVES OF THE HAWAI'I STATE LEGISLATURE,
Petitioner/Intervenor-Appellee.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-14-0001327; S.P. NO. 12-1-0736)

ORDER OF CORRECTION
(By: Wilson, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,
filed November 17, 2016, is corrected as follows:

1.  On page 1 in the caption, "Petitioioner" is corrected to
read "Petitioner."

2.  On page 28, the attorney credits are corrected to read:

Lance D. Collins,
for appellants Hussey, et al

Bert T. Kobayashi, Jr. and
Maria Yun Yue Wang,
for appellee Say

Deirdre Marie-Iha,
for intervenor-appellee
House of Representatives of the
Hawaiʻi State Legislature

These changes are reflected in the attached pages.  The

Clerk of the Court is directed to take all necessary steps

to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, December 16, 2016.


/s/ Michael D. Wilson

Associate Justice

